Commonwealth *v*. Bauer, Appellant.

Argued April 12, 1973. *John H. Corbett, Jr.,* Assistant Public Defender, with him *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *J. Kent Culley,* Assistant District Attorney, with him *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v*. Beck, Appellant.

Argued April 11, 1973. *Sanford S. Finder,* for appellant; *Robert L. Ceisler,* with him *Patrono, Ceisler, Edwards & Pettit,* for Commonwealth, appellee.

Order affirmed.

Commonwealth *v*. Beckowitz, Appellant.

Submitted April 9, 1973. *John R. Cook* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.